# United States Court of Appeals
## For the First Circuit

No. 25-1959

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

Plaintiffs - Appellants,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, Local 3707,

Plaintiff,

v.

SCOTT KUPOR, in the official capacity as Director of the Office of Personnel Management; OFFICE OF PERSONNEL MANAGEMENT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: February 20, 2026
Pursuant to 1st Cir. R. 27.0(d)

On February 13, 2026, Former Public Officials and Legal Scholars filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amici brief must be filed no later than **February 27, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Timothy Anderson, Andres Myles Grajales, Christine Marie Zaleski, Rushab Sanghvi, Elena Goldstein, Bailey Heaps, Charlotte Kamai, Cody S. Harris, Niall Frizzell, Matthew Stark Blumin, Donald Campbell Lockhart, Rayford A. Farquhar, Charles W. Scarborough, Abraham R. George, Benjamin Thomas Takemoto, Katherine B. Dirks, Hannah C. Vail, Nancy Gertner, Paul

F. Kelly, William W. Fick, James A.W. Shaw, Michael Robert Keefe, Norman Larry Eisen, Tianna Jade Mays, Patrick N. Strawbridge, David Dana Day, Kalikoʻonālani Diara Fernandes, Kristin K. Mayes, Robert Bonta, Philip J. Weiser, William M. Tong, Kathleen Jennings, Brian L. Schwalb, Kwame Raoul, Aaron M. Frey, Anthony G. Brown, Dana Nessel, Keith Ellison, Aaron D. Ford, Matthew J. Platkin, Letitia James, Jeffrey N. Jackson, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown