# United States Court of Appeals
## For the First Circuit

No. 25-1959

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,

Plaintiffs - Appellants,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, Local 3707,

Plaintiff,

v.

SCOTT KUPOR, in the official capacity as Director of the Office of Personnel Management; OFFICE OF PERSONNEL MANAGEMENT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 2, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, and National Association of Government Employees, Inc. on February 20, 2026, is not in compliance with the following Local Rule of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (<u>e.g.</u>, a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (<u>e.g.</u>, a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***<u>The appellants' brief does not include an addendum.</u>***

Appellants American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, and National Association of Government

Employees, Inc. are ordered to file a conforming brief by **March 9, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' brief(s) shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Timothy Anderson, Andres Myles Grajales, Christine Marie Zaleski, Rushab Sanghvi, Elena Goldstein, Bailey Heaps, Charlotte Kamai, Cody S. Harris, Niall Frizzell, Matthew Stark Blumin, Donald Campbell Lockhart, Rayford A. Farquhar, Charles W. Scarborough, Abraham R. George, Benjamin Thomas Takemoto, Katherine B. Dirks, Hannah C. Vail, Nancy Gertner, Paul F. Kelly, William W. Fick, James A.W. Shaw, Michael Robert Keefe, Norman Larry Eisen, Tianna Jade Mays, Patrick N. Strawbridge, David Dana Day, Kalikoʻonālani Diara Fernandes, Kristin K. Mayes, Robert Bonta, Philip J. Weiser, William M. Tong, Kathleen Jennings, Brian L. Schwalb, Kwame Raoul, Aaron M. Frey, Anthony G. Brown, Dana Nessel, Keith Ellison, Aaron D. Ford, Matthew J. Platkin, Letitia James, Jeffrey N. Jackson, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown